02/28/2014 13:00 FAX ☑ 002/003

## TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/27/2015 1:20:52 PM
CATHY S. LUSK
Clerk

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

Court of Appeals No. (If known): 12 - 15 - 00043 - CR

Trial Court Style: The State of Texas vs. Miko Parks

Trial Court & County: 159th District Court, Angelina County  Trial Court No.: 2014-0129

Date Trial Clerk's Record Originally Due: 3/31/15

Date Court Reporter's/Recorder's Record Originally Due: 3/31/15

Anticipated Number of Pages of Record: 270

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☐ to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either the required fee or to make arrangements to pay the fee for preparing the record.

☒ my duties listed below preclude working on this record:

I have another record that I am working on to turn in to the COA and can start this one right after.

☐ Other. (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by 4/14/15 and I hereby request an additional 14 days within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

3/27/15
Date

936-671-4078
Office Phone Number

wmadison-lindsey@angelinacounty.net
E-mail Address (if available)

Signature W. Madison-Lindsey

Printed Name  Whitney Madison-Lindsey

Official Title  Official Court Reporter

Trial Clerk's/Court Reporter's Request for Ext/12ᵗʰ CA-CsL/Tyler/12-3-97/Rev.5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):

Name: April Ayers-Perez

Address: P.O. Box 908

 Lufkin, Texas 75902

Phone no.: 936-632-5090

Attorney for: The State of Texas

Lead Counsel for APPELLEE(S):

Name:

Address:

Phone no.:

Attorney for:

Lead Counsel for APPELLANT(S):

Name: Ryan Deaton

Address: 130 E. Denman Ave

 Lufkin, Texas

Phone no.: 936-637-7778

Attorney for: Miko Parks

Lead Counsel for APPELLEE(S):

Name:

Address:

Phone no.:

Attorney for:

Additional                    information,                    if                    any: